DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Lee v. Spring Pines Homeowners Ass'n<br><br>Case below:<br>182 N.C. App. 529 | No. 176P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1018) | Denied 06/27/07 |
| Moore v. Covenant Transp., Inc.<br><br>Case below:<br>181 N.C. App. 607 | No. 106P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-226) | Denied 05/27/07 |
| Morris v. Deerfield Episcopal Ret. Cmty., Inc.<br><br>Case below:<br>179 N.C. App. 863 | No. 598P06 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA05-1652)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/27/07<br><br>2. Dismissed as Moot 06/27/07 |
| News and Observer Publ'g Co. v. Easley<br><br>Case below:<br>182 N.C. App. 14 | No. 142P07 | 1. Plt's PDR Under N.C.G.S. 7A-31 (COA06-132)<br><br>2. Def's Conditional Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Denied 06/27/07<br><br>2. Dismissed as Moot 06/27/07<br><br>**Parker, C.J., Recused** |
| Parada v. Custom Maint., Inc.<br><br>Case below:<br>179 N.C. App. 653 | No. 612P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-89) | Denied 06/27/07 |
| Perkinson v. Hawley<br><br>Case below:<br>179 N.C. App. 225 | No. 457P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1685) | Denied 06/27/07 |